UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>7-ELEVEN, INC, et al.,<br><br>              Defendants. | Case No. 15-CV-02397-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement seven (7) days in advance of the Case Management Conference set for November 4, 2015, at 2:00 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file a Joint Case Management Statement by November 2, 2015.

**IT IS SO ORDERED.**

Dated: October 29, 2015

                                                      *Lucy H. Koh*
                                                      LUCY H. KOH
                                                      United States District Judge